**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:   ARMIN TAN                              §            Case No.: 11-08179
         MARIA TAN                              §
                                                §
         Debtor(s)                              §

---

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/28/2011.

2) This case was confirmed on 07/25/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 02/28/2012.

5) The case was converted on 04/29/2012.

6) Number of months from filing to the last payment: 9

7) Number of months case was pending: 15

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $   41,750.00

10) Amount of unsecured claims discharged without payment $      .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 4,400.00 |
| Less amount refunded to debtor | $ | .00 |
| **NET RECEIPTS** | $ | 4,400.00 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | .00 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 103.40 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 103.40 |
| Attorney fees paid and disclosed by debtor | $ | .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| DISCOVER FINANCIAL S | UNSECURED | 6,580.00 | 7,455.78 | 7,455.78 | .00 | .00 |
| FIRST NATIONAL BANK | UNSECURED | 1,247.00 | 1,513.10 | 1,513.10 | .00 | .00 |
| WELLS FARGO FINANCIA | UNSECURED | 995.00 | 1,294.87 | 1,294.87 | .00 | .00 |
| WELLS FARGO FINANCIA | SECURED | NA | 1,148.47 | .00 | .00 | .00 |
| AMERICAN AIRLINES C | SECURED | 27,846.00 | 26,787.76 | .00 | .00 | .00 |
| AMERICAN AIRLINES C | SECURED | NA | .00 | .00 | .00 | .00 |
| AMERICAN AIRLINES C | UNSECURED | 27,846.00 | NA | NA | .00 | .00 |
| AMERICAN AIRLINES C | SECURED | 143,000.00 | .00 | .00 | .00 | .00 |
| AMERICAN AIRLINES C | SECURED | NA | .00 | 4,968.00 | 4,096.80 | 199.80 |
| AMERICAN AIRLINES C | UNSECURED | 102,021.00 | NA | NA | .00 | .00 |
| COOK COUNTY TREASURE | PRIORITY | 8,408.00 | NA | NA | .00 | .00 |
| WELLS FARGO FINANCIA | UNSECURED | 994.00 | .00 | 1,148.47 | .00 | .00 |
| KOHLS | UNSECURED | 705.00 | NA | NA | .00 | .00 |
| OAK HARBOR CAPITAL | UNSECURED | 6,732.00 | 8,859.55 | 8,859.55 | .00 | .00 |
| AMERICAN AIRLINES C | UNSECURED | 4,254.00 | 4,513.84 | 4,513.84 | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 15,552.00 | 18,286.99 | 18,286.99 | .00 | .00 |
| US BANK NA | UNSECURED | 44,972.00 | 48,830.38 | 48,830.38 | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 4,011.00 | 4,554.66 | 4,554.66 | .00 | .00 |
| HOME DEPOT | UNSECURED | 2,600.00 | NA | NA | .00 | .00 |
| HSBC BANK NEVADA | UNSECURED | 398.00 | 619.78 | 619.78 | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 10,216.00 | 10,867.61 | 10,867.61 | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 10,325.00 | 10,942.02 | 10,942.02 | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 5,194.00 | 6,222.19 | 6,222.19 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
.================================================================================.
| **Scheduled Creditors:**                                                       |
|                                                                                |
| Creditor                  Claim           Claim           Claim      Principal       Int.   |
|   Name          Class    Scheduled       Asserted        Allowed       Paid          Paid   |
|                                                                                |
| WORLD MASTER CARD  UNSECURED    8,136.00         NA              NA           .00         .00 |
| CHASE BANK         UNSECURED    1,329.00    1,920.60        1,920.60          .00         .00 |
| SIGUE CORPORATION  UNSECURED   15,500.00         NA              NA           .00         .00 |
| WFFNB              UNSECURED      525.00         NA              NA           .00         .00 |
| DONALD OLSON31     OTHER             .00         NA              NA           .00         .00 |
| AT & T MOBILITY    OTHER             .00         NA              NA           .00         .00 |
| US BANK NA         UNSECURED         NA      247.28          247.28           .00         .00 |
| MADELYN MADRID     PRIORITY      100.00          NA              NA           .00         .00 |
.================================================================================.
```

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 4,968.00 | 4,096.80 | 199.80 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 4,968.00 | 4,096.80 | 199.80 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 127,277.12 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 103.40 |
| Disbursements to Creditors | $ | 4,296.60 |
| **TOTAL DISBURSEMENTS:** | $ | 4,400.00 |

12)   The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:   05/16/2012                                    /s/ Tom Vaughn
                                                       Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**